USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
E.L.A.,

              Plaintiff,

  -v-

ABBOTT HOUSE, INC., *et al.*,

              Defendants.
-----------------------------------------------------------X

**ORDER**

16-CV-1688 (RMB) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today to address various discovery issues. As discussed, it is hereby ordered as follows:

1. The plaintiff will provide defendants with outstanding records and/or authorizations related to ACS, the Delaware Valley Job Corps, and any other hospitals and police departments discussed at today's conference by **November 15, 2019**.

2. To the extent that defendants seek discovery from the Legal Aid Society and the Center for Family Representation over which plaintiff has asserted attorney-client privilege, defendants must file a letter-motion in support of their application by **November 19, 2019**. The plaintiff must respond to defendant's letter-motion by **November 26, 2019.**

3. The fact discovery deadline is hereby extended to **February 14, 2020**. The Court does not anticipate granting any further extensions of this deadline.

4. The parties are directed to contact Judge Berman to clarify the date by which depositions of experts shall be completed and, in light of the revised fact discovery schedule, should also request an adjournment of the status conference currently scheduled before him for January 16, 2020.

    **SO ORDERED.**

Dated: New York, New York
       November 12, 2019

_____
JAMES L. COTT
United States Magistrate Judge