USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
E.L.A.,                                              :
                                                     :
                    Plaintiff,                       :       **ORDER**
                                                     :
         -v-                                         :       16-CV-1688 (RMB) (JLC)
                                                     :
ABBOTT HOUSE, INC., *et al.*,                        :
                                                     :
                    Defendants.                      :
--------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By letter dated December 11, 2019 (Dkt. No. 239), Defendant Roslyn Murov, M.D., proposed that the expert discovery schedule in this case be as follows:

Plaintiff's expert disclosure due: **March 2, 2020**

Defendants' expert disclosure due: **April 1, 2020**

Deposition of plaintiff's experts to be completed: **April 10, 2020**

Deposition of defendants' experts to be completed: **April 30, 2020**

Any other party wishing to propose a different expert discovery schedule must do so by filing a letter on the docket no later than **December 17, 2019**. If no other proposals are received, the Court will adopt Dr. Murov's proposed schedule.

    **SO ORDERED.**

Dated: New York, New York
       December 13, 2019

_____
JAMES L. COTT
United States Magistrate Judge