USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
E.L.A.,

                Plaintiff,

  -v-

ABBOTT HOUSE, INC., *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**

16-CV-1688 (RMB) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed during today's telephone conference, Plaintiff's counsel must file, no later than **February 28, 2020**, either: (1) a motion to withdraw as counsel; (2) a motion for a competency evaluation; or (3) a letter advising the Court that his client wishes to dismiss the case (or, alternatively, a stipulation of dismissal to that effect). Meanwhile, as the Court reiterated, any opposition by Plaintiff to Dr. Murov's motion for sanctions (Dkt. No. 259) must be filed by **February 21, 2020**; otherwise, the Court will consider this motion to be unopposed. Finally, the application by counsel for the Abbott House Defendants and the City Defendants, on behalf of all defense counsel, requesting an order dismissing Plaintiff's complaint (or, in the alternative, compelling Plaintiff's counsel to produce his client for deposition) (Dkt. No. 258) will be held in abeyance, on consent, until the record is more fully developed (and whether Plaintiff chooses to proceed with her lawsuit).

    **SO ORDERED.**
Dated: New York, New York
       February 14, 2020

_____
JAMES L. COTT
United States Magistrate Judge