USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L.A.,

                Plaintiff,                **ORDER**

   -v-                                    16-CV-1688 (RMB) (JLC)

ABBOTT HOUSE, INC., *et al.*,

                Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court will hold a hearing in this case on **March 13, 2020 at 2:30 p.m.** in Courtroom 21-D, 500 Pearl Street, New York, New York. All counsel are directed to attend, and <u>plaintiff's counsel is directed to have his client in attendance as well</u>. The purpose of the conference is to determine (1) whether plaintiff wishes to proceed with her case; (2) whether there is a basis to hold a competency hearing; and (3) if plaintiff wishes to proceed, whether Mr. Young will remain as her attorney or whether his motion to withdraw should be granted. The pending sanctions motions will be held in abeyance until the record is more fully developed and the Court can assess how best to proceed.

      Plaintiff and her counsel are hereby put on notice that a failure to attend the conference may be grounds for sanctions, including dismissal of the lawsuit for failure to prosecute. Mr. Young is directed to provide a copy of this Order to his client and file a certification that he has done so on the docket.

      **SO ORDERED.**

Dated: New York, New York
       March 3, 2020

_____
JAMES L. COTT
United States Magistrate Judge