USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/12/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

E.L.A.,

               Plaintiff,

    -v-

ABBOTT HOUSE, INC., *et al.*,

               Defendants.

-------------------------------------------------------------X

**ORDER**

16-CV-1688 (RMB) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

     By Order dated March 3, 2020, the Court scheduled a hearing in this case for March 13, 2020. Dkt. No. 274. In light of the many challenges presented by current circumstances, the Court hereby adjourns the hearing to **April 22, 2020** at **11:00 a.m**. All pending motions and related deadlines are stayed until further order of the Court. To date, plaintiff's counsel has failed to comply with the Court's prior directive to file a certification that he has provided the March 3 Order to plaintiff. Accordingly, plaintiff's counsel is hereby directed to file a certification that he has provided both the March 3 Order and this Order to plaintiff **no later than March 20, 2020**. All of the terms of the March 3 Order are hereby incorporated by reference. To avoid any doubt, <u>plaintiff herself must attend the April 22 conference with the Court in person</u> and failure to do so could result in sanctions, including dismissal of the case.

     **SO ORDERED.**

Dated: New York, New York
       March 12, 2020

_____
JAMES L. COTT
United States Magistrate Judge