```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L.A.,

                Plaintiff,                             **ORDER**

    -v-                                               16-CV-1688 (RMB) (JLC)

ABBOTT HOUSE, INC., *et al.*,

                Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      As it is imperative that the hearing currently scheduled for April 22, 2020 take place in person so that plaintiff herself can be heard from directly, given the state's extension of the stay-at-home policy, the Court hereby adjourns the hearing to **June 24, 2020** at **11:00 a.m**. All pending motions and related deadlines continue to be stayed until further order of the Court. Plaintiff's counsel is hereby directed to file a certification that he has provided both the March 12 Order and this Order to plaintiff **no later than April 10, 2020**. All of the terms of the March 3 Order are hereby incorporated by reference.

      **SO ORDERED.**

Dated: New York, New York
       March 30, 2020

_____
JAMES L. COTT
United States Magistrate Judge