UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
E.L.A.,

                      Plaintiff,

            - against -

ABBOTT HOUSE, INC., et al.,

                    Defendants.
-----------------------------------------------------------x

16 Cv. 1688 (RMB) (JLC)

**ORDER**

The conference currently scheduled for Monday, May 11, 2020 at 11:00 a.m. is hereby rescheduled to Monday, July 6, 2020 at 11:00 a.m. The conference will be held via teleconference. Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Friday, July 3, 2020 noon, to obtain the security code needed to participate in the conference.

Dated: New York, New York
        April 9, 2020

_____
RICHARD M. BERMAN
U.S.D.J.

1