USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L.A.,

                Plaintiff,       :    **ORDER**

   -v-                                         :    16-CV-1688 (RMB) (JLC)

ABBOTT HOUSE, INC., *et al.*,

                Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     By Order dated March 30, 2020, the Court rescheduled the hearing in this case from April 22 to June 24, 2020 in order to facilitate in-person appearances. In light of the ongoing challenges presented by the pandemic, the Court will hold a telephonic conference on **June 10, 2020 at 11:00 a.m.** to explore the possibility of proceeding with the June 24 hearing by videoconference as it does not appear likely that the conference can proceed in person at that time. Plaintiff's counsel should be prepared to answer questions regarding his client's videoconference capabilities at the conference. The parties should contact the Court at the above date and time using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

     **SO ORDERED.**

Dated: New York, New York
       May 27, 2020

                                                    _____
                                                  JAMES L. COTT
                                                  United States Magistrate Judge