USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L.A.,                                                     :
                                                           :
                        Plaintiff,                         :        **ORDER**
                                                           :
        -v-                                                :        16-CV-1688 (RMB) (JLC)
                                                           :
ABBOTT HOUSE, INC., *et al.*,                              :
                                                           :
                        Defendants.                        :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

        The Court held a status conference in this case today.  After discussion with

counsel, the Court will proceed with the June 24 conference telephonically.  The

parties should contact the Court on **June 24, 2020 at 11:00 a.m.** using the Court's

conference line, (877) 873-8017 (Access Code: 5277586).  As discussed, plaintiff

herself must attend this conference.  If plaintiff fails to appear, the Court will

recommend to Judge Berman that the case be dismissed for failure to prosecute.

        Plaintiff's counsel is hereby directed to provide a copy of this Order to his

client and file a certification that he has done so in advance of the June 24

conference.


        **SO ORDERED.**

Dated:  New York, New York
          June 10, 2020

                                                    _____
                                                    JAMES L. COTT
                                                    United States Magistrate Judge