USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L.A., :
:
             Plaintiff, : **ORDER**
:
  -v- : 16-CV-1688 (RMB) (JLC)
:
ABBOTT HOUSE, INC., *et al.*, :
:
             Defendants. :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     The Court held a conference in this case yesterday, at which the participants discussed the parties' pending motions and the procedural posture of this action. Some of the issues discussed at the conference are likely to be revisited at the parties' upcoming July 6 conference before Judge Berman. Accordingly, the parties are directed to order a transcript of yesterday's proceeding on an expedited basis and provide a copy to Judge Berman in advance of the July 6 conference. The cost of ordering the transcript should be split equally between the plaintiff and defendants, such that plaintiff pays for half of the total cost and defendants pay for the other half.

     **SO ORDERED.**

Dated: June 25, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge