**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
E.L.A., :
:
                    Plaintiff, :
: 16 Cv. 1688 (RMB) (JLC)
        - against - :
: **ORDER**
ABBOTT HOUSE, INC., et al., :
:
                    Defendants. :
------------------------------------------------------------x

The conference scheduled for July 6, 2020 at 11:00 a.m. is hereby cancelled. The matter has been referred to Magistrate Judge Cott to prepare a Report & Recommendation.

Dated: New York, New York
       June 30, 2020

                                        _____
                                        **RICHARD M. BERMAN**
                                                U.S.D.J.