UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.L.A.,

                       Plaintiff,                                 16 CV 1688 (RMB)

    -against-

                                                                                    **ORDER**

ABBOTT HOUSE, et al.,

                       Defendants.
------------------------------------------------------------X

       The Court will hold a status conference on Monday, May 3, 2021 at 10:30 AM.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1688

Dated: April 27, 2021
       New York, NY

                                                    _Richard M. Berman_
                                           RICHARD M. BERMAN
                                                 U.S.D.J.