UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.L.A.,

                           Plaintiff,                         16 CV 1688 (RMB)

     -against-

**ORDER**

ABBOTT HOUSE, et al.,

                           Defendants.
------------------------------------------------------------X

The Court will hold a status conference on Thursday, June 24, 2021, at 12:00 PM.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1688

Dated: June 4, 2021
        New York, NY

                                                   RICHARD M. BERMAN
                                                        U.S.D.J.